IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ROBERT G. MODRALL,

  Plaintiff,

   v.

BOB CORKER, et al.,

  Defendants.

CIVIL ACTION FILE
NO. 1:15-CV-3132-TWT

**ORDER**

This is a pro se mandamus action. It is before the Court on the Report and Recommendation [Doc. 2] recommending dismissing the action for failure to state a claim. The Plaintiff's objections are without merit. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 26 day of October, 2015.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\15\Modrall\r&r.wpd